This Notice and Objection are being sent to the Debtor, Debtor's Attorney, Chapter 7, 11, 12 or 13 Trustee, United States Trustee, Claimant, Claimant's Attorney (if known) or person designated as Power of Attorney, and any Creditor's Committee or attorney for the Creditor's Committee.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:

DOMENICO J. & LISA J. MATTIA,

          Debtor(s)

CHAPTER 13
BK 09-22693

## ORDER

There having been no opposition to the herein objection to the claim of HSBC BANK NEVADA, N.A. (BEST BUY CO., INC) BASS & ASSOCIATES P.C.(claim No.#19, court claim #12) for $1,261.85 and the Court having considered the objection and determined the sufficiency of the claim, it is hereby

ORDERED THE CLAIM IS:

    _____    **DISALLOWED**

    _____    **ALLOWED** AS A TIMELY FILED CLAIM IN THE AMOUNT OF $_____

    _____    **ALLOWED** AS A TARDILY FILED CLAIM IN THE AMOUNT OF $_____

    __X__    **OTHER**- The claim of HSBC BANK NEVADA, N.A. (BEST BUY CO., INC) BASS & ASSOCIATES P.C in the amount of $510.98 is **Disallowed** as a Secured claim and $1,261.85 is **Allowed** as an Unsecured claim.

DATED: 4/8/10
Rochester, New York

JOHN C. NINFO II
U.S. BANKRUPTCY JUDGE

